IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Yolanda Rufus,
Plaintiff,

v.

Denis McDonough, Secretary,
Department of Veterans Affairs,
Defendant.

RCV'D – USDC COLA SC
MAY 4 '26 PM2:54

Civil Action No.:  3:26-cv-1819-MGL-PJG

COMPLAINT AND JURY DEMAND

1. JURISDICTION AND VENUE

This action arises under Section 501 of the Rehabilitation
Act of 1973, as amended, and Title VII of the Civil Rights
Act.

This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

Venue is proper in the District of South Carolina because
the events occurred in Columbia, South Carolina.

2. PARTIES

Plaintiff:
Yolanda Rufus

Defendant:
Denis McDonough, Secretary of the Department of
Veterans Affairs.

3. FACTS

Plaintiff was employed by the Department of Veterans
Affairs in Columbia, South Carolina.

Plaintiff suffers from PTSD and generalized anxiety

disorder.

In or around February 2018, Plaintiff requested a reasonable accommodation and submitted supporting documentation.

Defendant failed to approve the accommodation for approximately six months, delaying approval until August 2018.

During this time, Plaintiff was removed from her department and forced to float to other areas without explanation.

Plaintiff was also subjected to an investigation without being informed of the reason.

Plaintiff engaged in protected activity by reporting a medication error.

Following this, Plaintiff experienced retaliation from management.

Defendant improperly accessed Plaintiff's confidential medical information without authorization.

The EEOC determined that Defendant violated the Rehabilitation Act by denying reasonable accommodation and improperly accessing Plaintiff's medical information.

As a result of Defendant's actions, Plaintiff suffered emotional distress, worsening anxiety, and was ultimately forced into medical retirement.

4. ADMINISTRATIVE HISTORY

Plaintiff filed formal EEO complaints assigned the following case numbers:

EEOC Appeal No. 2025000761
EEOC Appeal No. 2024001275
EEOC Request No. 2025004126
Hearing Nos. 430-2020-00535X and 430-2022-00119X
Agency Nos. 200I-0544-2020101740 and 200I-0544-2018104154

The EEOC found violations of the Rehabilitation Act.

Final decisions were issued in February 2026.

Plaintiff received the decision on or about February 24, 2026, and files this action within ninety (90) days.

## 5. CLAIMS FOR RELIEF

Count I – Disability Discrimination

Defendant discriminated against Plaintiff by denying and delaying reasonable accommodation.

Count II – Retaliation

Defendant retaliated against Plaintiff for engaging in protected activity.

Count III – Constructive Discharge

Defendant created intolerable working conditions that forced Plaintiff into medical retirement.

## 6. DAMAGES

Plaintiff has suffered emotional distress, mental anguish, loss of income, and damage to her career.

Plaintiff seeks compensatory damages, equitable relief, and all other relief deemed appropriate.

## 7. JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

Yolanda Rufus
5065 Knollwood Drive
Dalzell, South Carolina 29040
Telephone: 803-486-1798
Email: ycrufus@yahoo.com